HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Moreno-Flores

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-00380 AWI-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | MOTION HEARING; |
| v. | ) | ORDER THEREON |
| | ) | |
| JESUS MORENO-FLORES, | ) | Date:  May 27, 2014 |
| | ) | Time:  1:00 p.m. |
| | ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MIA GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff; and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant Jesus Moreno-Flores, that the date for the motion hearing in this matter may be continued to May 27, 2014, at 1:00 p.m., or the soonest date thereafter that is convenient to the Court, and that the associated dates be likewise continued for two weeks.  **The date currently set for the motion hearing is May 12, 2014.  The requested new date is May 27, 2014.**

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Discovery Motions Filed | March 28, 2014 | April 11, 2014 |
| Responses Filed | April 25, 2014 | May 9, 2014 |
| Motion Hearing | May 12, 2014 | May 27, 2014 |

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the

requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                       BENJAMIN B. WAGNER  
                                                       United States Attorney

DATED: March 20, 2014                By: */s/ Mia Giacomazzi*  
                                                       MIA GIACOMAZZI  
                                                       Assistant United States Attorney  
                                                       Attorney for Plaintiff

                                                     HEATHER E. WILLIAMS  
                                                     Federal Defender

DATED: March 20, 2014                By: */s/ Jeremy S. Kroger*  
                                                       JEREMY S. KROGER  
                                                       Assistant Federal Defender  
                                                     Attorney for Defendant  
                                                     Jesus Moreno-Flores

## **O R D E R**

**IT IS SO ORDERED that** the First Status Conference and Motion Hearing is continued from May 12, 2014 to May 27, 2014 at 1:00 PM before Judge McAuliffe. The motion schedule is also changed as follows: Discovery Motions are filed by April 11, 2014; Responses filed by May 9, 2014. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

   Dated: **March 20, 2014**                    /s/ *Barbara A. McAuliffe*  
                                             UNITED STATES MAGISTRATE JUDGE