BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>JESUS MORENO-FLORES,<br><br>             Defendant. | CASE NO. 1:13-CR-0380 AWI<br><br>MOTION TO DISMISS COMPLAINT; ORDER |

    The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Mia A. Giacomazzi, Assistant United States Attorney,  hereby moves this Court for permission to dismiss without prejudice the indictment Jesus Moreno-Flores ("defendant") in Case No. 1:13-CR-0380 AWI.

    Good cause exists to dismiss without prejudice the indictment against the defendant in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons:  After this case was indicted, defendant's immigration file was updated to reveal that the proper venue for this 8 U.S.C. § 1326 action is the Central District of California rather than the Eastern District of California.

///

///

///

///

For the foregoing reasons, the government moves to dismiss the indictment for lack of venue.

Dated: April 2, 2014
BENJAMIN B. WAGNER
United States Attorney

/s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

## **ORDER**

On the basis of good cause, to serve the interest of justice, and pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:13-CR-380 AWI shall be DISMISSED without prejudice. All pending motions and hearings are VACATED. The clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: April 2, 2014

_____
SENIOR DISTRICT JUDGE